IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| DMITRY BANDURIN, *et al.*, | |
| *Plaintiffs* | Case No. 1:19-cv-00255 |
| v. | Hon. Manish S. Shah |
| FINNAIR O.Y.J., *et al.*, | |
| *Defendants.* | |

**DEFENDANT FINNAIR O.Y.J.'S MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED CLASS ACTION COMPLAINT**

Defendant Finnair O.Y.J. ("Finnair"), by and through its attorneys, moves this Court to dismiss this action against Finnair for lack of personal jurisdiction and for failure to state a claim pursuant to Rules 12(b)(2) and 12(b)(6) of the Federal Rules of Civil Procedure. To the extent the Second Amended Complaint is not dismissed in its entirety, Finnair moves the Court to dismiss and/or strike Plaintiffs' class allegations to the extent the class definitions contain putative class members who would not be able to establish that their claims arise out of or relate to Finnair's connections to the Illinois forum.

WHEREFORE, for the reasons stated above and set forth more fully in Finnair's accompanying Memorandum in Support of this Motion, Defendant Finnair O.Y.J. respectfully requests that this Court enter an Order: (1) granting Finnair's Motion to Dismiss; (2) dismissing all of Plaintiffs' claims against Finnair with prejudice; (3) entering final judgment in favor of Finnair and against Plaintiffs; and (4) granting such other and further relief as this Court deems just and proper.

Dated: May 16, 2019

        Respectfully submitted,

        CLYDE & CO US LLP

        By:  s/ Alexander W. Ross

        Alexander W. Ross (ARDC#: 6283882)
        55 West Monroe Street, Suite 3000
        Chicago, Illinois 60603-5757
        T: (312) 635-7000
        F: (312) 635-6950
        alexander.ross@clydeco.us

        Andrew J. Harakas (*pro hac vice* to be filed)
        The Chrysler Building
        405 Lexington Avenue, 16th Floor
        New York, New York 10174
        T: (212) 710-3900
        F: (212) 710-3950
        andrew.harakas@clydeco.us

        *Attorneys for Defendant Finnair O.Y.J.*